# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § | |
| Plaintiff, § | Case No: 8:21-cv-02487-VMC-JSS |
| § | |
| vs. § | PATENT CASE |
| § | |
| MICROLIFE USA, INC., § § | |
| Defendant. § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Microlife USA, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: December 17, 2021.   Respectfully submitted,

        /s/ Barbra A. Stern
        Barbra A. Stern, Esquire
        Law Offices of Barbra Stern PA
        808 E. Las Olas Blvd. Suite 102
        Fort Lauderdale, FL 33301
        Phone: (954) 743-4710
        Direct Dial (954) 239-7249
        barbra@sterncnslt.com
        barbra@sternlawoffice.com

        **ATTORNEY(S) FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on December 17, 2021.  Parties may access the foregoing through the Court's system.

        /s/Barbra A. Stern
        Barbra A. Stern, Esquire